UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 16-61195-CIV-MORENO**

PHYSICIANS HEALTHSOURCE, INC.,
individually and as the representative of a class
of similarly-situated persons,

        Plaintiff,

vs.

NIPRO HEALTHCARE SYSTEMS, LLC
n/k/a TRIVIDIA HEALTHCARE SYSTEMS,
LLC and NIPRO DIAGNOSTICS, INC. n/k/a
TRIVIDIA HEALTH, INC.,

        Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon JOINT STIPULATION OF DISMISSAL **(D.E. 20)**, filed on **November 29, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of November 2016.

                                                                   FEDERICO A. MORENO
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record